UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

FILED
CHARLOTTE, NC
AUG 11 2015
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE MATTER OF THE SEARCH OF: ) MISC. NO. 3:15-MJ-295
12512 Cumberland Crest Drive, Huntersville, )
North Carolina )
) ORDER SEALING SEARCH WARRANT
) AFFIDAVIT AND APPLICATION
)
)

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, Acting United States Attorney for the Western District of North Carolina, for an order directing that the Search Warrant Affidavit and Application, and the Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Search Warrant Affidavit and Application, the Motion to Seal and this Order be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 11th day of August 2015.

_____
DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE